**Motion Granted and Order filed September 12, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00732-CV
_____

### IN RE JUAN CARLOS RUVALCABA, ELAM MEAT MARKET, LLC, SUPERMERCADO LATINO, LLC, JUANKY ENTERPRISES, LLC, AND JUAN CARLOS RUVALCABA AS TRUSTEE OF THE JUAN CARLOS RUVALCABA IRREVOCABLE TRUST, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-33606**

## ORDER

On September 11, 2014, relators Juan Carlos Ruvalcaba, Elam Meat Market, LLC, Supermercado Latino, LLC, Juanky Enterprises, LLC, and Juan Carlos

1

Ruvalcaba as Trustee of the Juan Carlos Ruvalcaba Irrevocable Trust, filed a petition for writ of mandamus with this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In their petition, relators ask this court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate an order granting in part and denying in part realtors' motion to disqualify the real parties in interest's lead counsel and that attorney's law firm from the underlying litigation, and also to compel the trial court to grant relators' motion in full.

Relators also have filed with this court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On September 11, 2014, relators asked this court to stay the underlying litigation pending disposition by this court of relators' petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2012-33606, styled *Rafael Ortega, et al. v. Juan Carlos Ruvalcaba, et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.